IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-005-MOC-DCK

SHARON THOMAS,            )
                          )
        Plaintiff,        )
                          )
    v.                    )    **ORDER**
                          )
GOODWILL INDUSTRIES and   )
MIA HINES,                )
                          )
        Defendants.       )
_____)

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the *pro se* Plaintiff's "Motion For Leave To Amend Complaint" (Document No. 9) and the Court's denial of "Defendants' Motion to Dismiss" (Document No. 4). See (Document Nos. 10-11). This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

On January 31, 2013, the undersigned issued a "Memorandum And Recommendation And Order" (Document No. 10) which granted Plaintiff's "Motion For Leave To Amend Complaint" (Document No. 9) and specifically ordered that "Plaintiff shall file an Amended Complaint on or before **February 14, 2013**.[1]" To date, Plaintiff has not filed her "Amended Complaint" pursuant to the Court's instructions and the Administrative Procedures of this Court.

---

[1] The Administrative Procedures Governing Filing and Service by Electronic Means, revised January 1, 2012, at Part II, Section A, Paragraph 8, provide that: "If filing a document requires leave of the Court, such as an amended complaint, the attorney shall attach the proposed document as an exhibit to the motion according to the procedures in IV. **If the Court grants the motion, the filer will be responsible for electronically filing the document on the case docket.**"

Under the circumstances, the undersigned will allow Plaintiff a brief extension of time to file her Amended Complaint. If Plaintiff fails to make an appropriate and timely filing, Defendants may renew their motion(s) to dismiss.

**IT IS, THEREFORE, ORDERED** that Plaintiff shall file an Amended Complaint on or before **March 8, 2013**.

The Clerk of Court is directed to send a copy of this Order to Plaintiff at the email address listed on the docket for the case, and by certified U.S. Mail, return receipt requested.

Signed: February 26, 2013

David C. Keesler
United States Magistrate Judge

2